1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   SANDRA ORE
7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            Case No. 6:19-po-00188-JDP

12            Plaintiff,                **STIPULATION TO CONTINUE STATUS CONFERENCE**

13 vs.
                                        Date:   September 15, 2020
14 SANDRA ORE,                          Time:   10:00 a.m.
                                        Judge:  Hon. Jeremy D. Peterson
15            Defendant.

16

17       The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer,

18 counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19 defendant, Sandra Ore, hereby stipulate and jointly move this Court to continue Ms. Ore's status

20 conference from July 7, 2020 until September 15, 2020.

21       On February 26, 2020, Ms. Ore was arraigned before the honorable Jeremy D. Peterson.

22 Defense investigation is ongoing.  Ms. Ore is working to resolve her license suspension through

23 the Florida Department of Motor Vehicles.  Unfortunately ongoing COVID-19 closures have

24 delayed her efforts.  The parties are seeking a settlement agreement in the case pending the

25 resolution of the suspension.  The undersigned defense counsel requests that Ms. Ore's status

26 conference be continued until September 15, 2020 with the goal of settling the case as soon

27 thereafter as possible.  The Government does not object.

28 //

Ore / Stipulation to Continue            -1-
Status Conference and Order

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | McGREGOR SCOTT<br>United States Attorney |
| 3 | | |
| 4 | Dated: July 6, 2020 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT |
| 5 | | Acting Legal Officer<br>National Park Service |
| 6 | | Yosemite National Park |
| 7 | | |
| 8 | Dated: July 6, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | | |
| 10 | | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 11 | | Assistant Federal Defender<br>Attorney for Defendant |
| 12 | | SANDRA ORE |

Ore / Stipulation to Continue
Status Conference and Order

-2-

**ORDER**

The above stipulation to continue case 6:19-po-00188 JDP until September 15, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   July 6, 2020

UNITED STATES MAGISTRATE JUDGE