1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   SANDRA ORE

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.  6:19-po-00188-JDP
12 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE**
13 | vs. |
14 | SANDRA ORE, | Date:    November 4, 2020
   |            | Time:    10:00 a.m.
15 | Defendant. | Judge:  Hon. Jeremy D. Peterson

16

17         The parties, through their respective counsel, Sean Anderson, Acting Legal Officer,

18 counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19 defendant, Sandra Ore, hereby stipulate and jointly move this Court to continue Ms. Ore's status

20 conference from September 15, 2020 until November 4, 2020.

21         On February 26, 2020, Ms. Ore was arraigned before the honorable Jeremy D. Peterson.

22 Defense investigation is ongoing.  Ms. Ore is working to resolve her license suspension through

23 the Florida Department of Motor Vehicles.  Unfortunately ongoing COVID-19 closures have

24 delayed her efforts.  The parties are seeking a settlement agreement in the case pending the

25 resolution of the suspension.  The undersigned defense counsel requests that Ms. Ore's status

26 conference be continued until November 4, 2020 with the goal of settling the case as soon as

27 possible.  The Government does not object.

28 //

Ore - Stipulation to Continue                -1-
Status Conference and Order

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | McGREGOR SCOTT<br>United States Attorney |
| 3 |  |  |
| 4 | Dated:  September 10, 2020 | */s/ Sean Anderson*<br>SEAN ANDERSON |
| 5 |  | Acting Legal Officer<br>National Park Service |
| 6 |  | Yosemite National Park |
| 7 |  |  |
| 8 | Dated:  September 10, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 |  |  |
| 10 |  | */s/  Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 11 |  | Assistant Federal Defender<br>Attorney for Defendant |
| 12 |  | SANDRA ORE |

# ORDER

Good cause appearing, the above stipulation to continue case 6:19-po-00188 JDP until November 4, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   September 10, 2020

UNITED STATES MAGISTRATE JUDGE

Ore - Stipulation to Continue Status Conference and Order