HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SANDRA ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANDRA ORE,<br><br>Defendant. | Case No.  6:19-po-00188-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:   January 26, 2021<br>Time:   10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |
|---|---|

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Sandra Ore, hereby stipulate and jointly move this Court to continue Ms. Ore's status conference from November 4, 2020 until January 26, 2021.

On February 26, 2020, Ms. Ore was arraigned before the honorable Jeremy D. Peterson. Ms. Ore is working to resolve her license suspension through the Florida Department of Motor Vehicles.  Unfortunately ongoing COVID-19 closures have delayed her efforts.  The parties are have reached a tentative settlement pending the resolution of Ms. Ore's license suspension.  The undersigned defense counsel requests that Ms. Ore's status conference be continued until January 26, 2021 with the goal of settling the case as soon as possible.  The Government does not object.

//

//

|     |     |     |
| --- | --- | --- |
| 1   |     | Respectfully submitted, |
| 2   |     | McGREGOR SCOTT<br>United States Attorney |
| 3   |     |     |
| 4   | Dated:  October 29, 2020 | */s/ Sean Anderson*<br>SEAN ANDERSON |
| 5   |     | Acting Legal Officer<br>National Park Service |
| 6   |     | Yosemite National Park |
| 7   |     |     |
| 8   | Dated:  October 29, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9   |     |     |
| 10  |     | */s/  Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 11  |     | Assistant Federal Defender<br>Attorney for Defendant |
| 12  |     | SANDRA ORE |

**ORDER**

Good cause appearing, the above stipulation to continue case 6:19-po-00188 JDP until January 26, 2021 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:  October 30, 2020

_____
UNITED STATES MAGISTRATE JUDGE