1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   SANDRA ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  6:19-po-00188-HBK |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| SANDRA ORE, | Date:   March 9, 2021 |
| Defendant. | Time:   10:00 a.m. |
| | Judge:  Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Sandra Ore, hereby stipulate and jointly move this Court to continue Ms. Ore's status conference from January 26, 2021 to March 9 2021.

On February 26, 2020, Ms. Ore was arraigned before the honorable Jeremy D. Peterson. Ms. Ore is working to resolve her license suspension through the Florida Department of Motor Vehicles.  Unfortunately ongoing COVID-19 closures have delayed her efforts.  It is the parties understanding that Ms. Ore is currently engaged in an administrative appeal.  The parties have reached a tentative settlement pending the resolution of Ms. Ore's license suspension.  The undersigned defense counsel requests that Ms. Ore's status conference be continued until March 9, 2021 with the goal of settling the case as soon as possible.  The Government does not object.

//

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  January 22, 2021  　　　　　　 */s/ Sean Anderson*
　　　　　　　　　　　　　　　　　　　SEAN ANDERSON
　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　National Park Service
　　　　　　　　　　　　　　　　　　　Yosemite National Park


Dated:  January 22, 2021  　　　　　　 HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　　　　　*/s/  Benjamin A. Gerson*
　　　　　　　　　　　　　　　　　　　BENJAMIN A. GERSON
　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　SANDRA ORE


O R D E R

Good cause appearing, the above stipulation to continue case 6:19-po-00188 JDP until March 9, 2021 is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.


Dated:   January 26, 2021　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE