| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | MICHAEL OSAGE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:20-po-00360 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| MICHAEL OSAGE, | Date:  February 23, 2021 |
| | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Helena Barch-Kuchta |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Michael Osage, hereby stipulate and jointly move this Court to continue Mr. Osage's status conference from January 19, 2021 until February 23, 2021.  The parties are have reached a tentative settlement pending the resolution of Mr. Osage's license suspension.  Mr. Osage is working to resolve his license suspension through the Department of Motor Vehicles. Mr Osage is currently registered to begin a DMV mandated driver's course on February 2, 2021.  It is the understanding of the parties that he will be eligible for a license after that date.  The undersigned defense counsel requests that Mr. Osage's status conference be continued until February 23, 2021 to allow him time to get his driver's license.  The Government does not object.

//

//

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  January 22, 2021          */s/ Sean Anderson*
                                               SEAN ANDERSON
                                               Acting Legal Officer
                                               National Park Service
                                               Yosemite National Park


Dated:  January 22, 2021          HEATHER E. WILLIAMS
                                               Federal Defender


                                               */s/  Benjamin A. Gerson*
                                               BENJAMIN A. GERSON
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               MICHAEL OSAGE


**O R D E R**

Good cause appearing, the above stipulation to continue case 6:20-po-00360 JDP until February 23, 2021 is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.


Dated:   January 26, 2021                       /s/ Helena M. Barch-Kuchta
                                                              HELENA M. BARCH-KUCHTA
                                                              UNITED STATES MAGISTRATE JUDGE