1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES,                          Case No.  6:19-po-00188-HBK-1

12        v.                                 ORDER DIRECTING GOVERNMENT TO
                                             FILE SUPPLEMENTAL BRIEFING
13   SANDRA D. ORE
                                             (Doc. No. 74)
14

15

16        Pending before the Court is Defendant's motion requesting sanctions on the prosecutors.

17   (Doc. No. 74).  The gravamen of Defendant's argument is that the prosecutors engaged in a series

18   of discovery violations.  (See *id*.).  The Government filed a response on August 22, 2022 arguing

19   that there is no outstanding discovery due to the Defendant and therefore asserting that there are

20   no discovery violations.  (Doc. No. 78).  Defendant did not file a reply to the Government's

21   response and the time to do so has expired.  (*See* docket); *see also* L.R. 430.1.

22        The Government's response is two pages and contains no attachments.  (*See* Doc. No. 78).

23   This is the second time the Defendant argued the Government has not provided all the discovery

24   in which she is entitled to receive.  (*See* Doc. Nos. 70, 74).  While the Government asserts all

25   discovery has been provided to the Defendant, the Government did not include any attachments

26   (i.e., such as discovery logs, transmittal letters, or mailing receipts, etc.) to substantiate their

27   argument.  Therefore, the Court directs the Government to file a supplemental briefing.

28        Accordingly, it is **ORDERED**:

1.  Within seven (7) days from the date of this Order, the Government must file a supplemental brief to provide further information to substantiate their claim that all discovery has been provided to Defendant.

2.  If desired, and in accordance with Local Rule 430.1(f), Defendant may file a reply within four (4) days from the date of the Government's supplemental briefing.

Dated:   September 1, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE