UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 6:19-po-00188-HBK-1 |
| v. | |
| SANDRA D. ORE, | ORDER DENYING EMERGENCY REQUEST FOR VIDEO CONFERENCE IN MIAMI |
| Defendant. | |
| | (Doc. No. 81) |

    Defendant Ms. Sandra Ore proceeding *pro se* filed an Emergency Request for Reservation of a Video Conference Room in Miami Dad Courthouse on September 13, 2022. (Doc. No. 81). Defendant, referencing[1] the Court's past "technical difficulties," requests the Court to arrange for Defendant to appear via video-conference for the September 20, 2022 Bench Trial from the U.S. District Court in Miami. At the inception of the August 1, 2022 bench trial, the Court experienced technical difficulties that were quickly resolved by the Court's IT Department so the Court was able to call the case. Nonetheless, given Defendant's request, the Clerk reached out to the Southern District and was advised that no video conferencing is available in Miami Courthouse. Video conferencing is only available from the Fort Lauderdale Courthouse but is not

---

[1] The Court will not engage in argument with Defendant as to whether she disconnected from Zoom. The recording to the Zoom bench trial speaks for itself.

available for the September 20, 2022 date.  The Court will conduct the bench trial in this matter on September 20, 2022 at 10:00 AM, PST via Zoom.

Accordingly, it is **ORDERED**:

1. Defendant's Emergency Request for Reservation of a Video Conference Room in Miami Dade Courthouse (Doc. No. 81) is DENIED.
2. The Clerk shall provide all parties with the Zoom link for the September 20, 2022 bench trial via email.
3. Given that time is imminent, the Court directs the Clerk to serve a copy of this Order on Defendant via email, in addition to serving a copy via regular first class mail.

Dated:   September 16, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2